# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tonneh Tokpah dba Liberian Shipping Company<br>　　　　　　　　　　Debtor | CHAPTER 13 |
| MidFirst Bank, its successors and/or assigns<br>　　　　　　　Moving Party<br>　　vs.<br>Tonneh Tokpah dba Liberian Shipping Company<br>　　　　　　　Debtor | NO. 14-14596 MDC |
| William C. Miller Esq.<br>　　　　　　Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Certificate of Default of MidFirst Bank, which was filed with the Court on or about **8/10/2016**.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**/s/ Joshua I. Goldman, Esquire**
　　　　　　　　　　　　　　　　　　Joshua I. Goldman, Esquire
　　　　　　　　　　　　　　　　　　Attorneys for Movant/Applicant
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　Main Number: (215) 627-1322

August 10, 2016