# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 14-14596-MDC

TONNEH TOKPAH

5343 ARLINGTON ST

PHILADELPHIA, PA 19131-

    Debtor

## CERTIFICATE OF SERVICE

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    TONNEH TOKPAH

    5343 ARLINGTON ST

    PHILADELPHIA, PA 19131-

Counsel for debtor(s), by electronic notice only.

    MICHAEL A COHEN
    2113 SNYDER AVE

    PHILADELPHIA, PA 19145

Date: 8/23/2016

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee