United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 14-14596-mdc
Tonneh Tokpah                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Antoinett        Page 1 of 2         Date Rcvd: Feb 02, 2017
                            Form ID: pdf900       Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 04, 2017.
```
db            +Tonneh Tokpah,    5343 Arlington St,    Philadelphia, PA 19131-3237
13342491      +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
13323462     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank Of America,    Attention: Recovery Department,
                4161 Peidmont Pkwy.,    Greensboro, NC 27410)
13323463       Bk Of Amer,    4060 Ogletown/Stanton Rd,    Newark, DE 19713
13323465     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20363,
                Kansas City, MO 64195)
13323464      +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13423856       CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA  50368-8971
13323466      +Citimortgage Inc,    Po Box 9438,    Gaithersburg, MD 20898-9438
13323467      +Citimortgage Inc,    1000 Technology Dr,    O Fallon, MO 63368-2240
13707565      +Midfirst Bank,    999 NW Grand Blvd. Suite 100,    Oklahoma City, OK 73118-6051
13323470      +Milstead & Associates,    1 E. Stow Rd,    Marlton, NJ 08053-3118
13323471      +Pennsylvania Dept Revenue,    PO Box 280432,    Harrisburg, PA 17128-0432
13323472      +Wells Fargo Bank,    Po Box 14517,    Des Moines, IA 50306-3517
13380324      +Wells Fargo Card Services,    1 Home Campus,    3rd Floor,    Des Moines, IA 50328-0001
13323474      +Xerox Montg,    4040 Blackburn Lan,    Burtonsville, MD 20866-6136
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Feb 03 2017 01:51:46     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 03 2017 01:51:31     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13356644      +E-mail/Text: g20956@att.com Feb 03 2017 01:51:50     AT&T Mobility II LLC,
                %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                BEDMINSTER, NJ. 07921,    908-532-1957    km1426@att.com 07921-2693
13323460      +E-mail/Text: EBNProcessing@afni.com Feb 03 2017 01:51:26     Afni,    Attention: Bankruptcy,
                1310 Martin Luther King Dr,    Bloomington, IL 61701-1465
13332024       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 03 2017 01:46:20
                American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                Oklahoma City, OK  73124-8848
13419502       E-mail/Text: bankruptcy@phila.gov Feb 03 2017 01:51:45     City of Philadelphia,
                Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                Philadelphia, PA  19102-1595
13433550      +E-mail/Text: bankruptcy@phila.gov Feb 03 2017 01:51:45
                CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT,    MUNICIPAL SERVICES BUILDING,
                1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1617
13329821       E-mail/Text: mrdiscen@discover.com Feb 03 2017 01:50:54     Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13323468      +E-mail/Text: mrdiscen@discover.com Feb 03 2017 01:50:54     Discover Fin Svcs Llc,
                Po Box15316,    Wilmington, DE 19850-5316
13323469      +E-mail/Text: cio.bncmail@irs.gov Feb 03 2017 01:50:58     IRS,    Bankruptcy Dept,    PO Box 7346,
                Philadelphia, PA 19101-7346
13327754      +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 03 2017 01:51:15
                Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                Harrisburg, PA 17128-0946
13323473      +E-mail/Text: BKRMailOps@weltman.com Feb 03 2017 01:51:26     Weltman Weinberg & Reis,
                325 Chestnut St,    Ste 501,    Philadelphia, PA 19106-2605
                                                                                               TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
13323461     ##+Apex Asset Management,    1891 Santa Barbara Dr St,    Lancaster, PA 17601-4106
                                                                                              TOTALS: 0, * 1, ## 1
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: Antoinett            Page 2 of 2          Date Rcvd: Feb 02, 2017
                              Form ID: pdf900            Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 2, 2017 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor    MidFirst Bank agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          CHRISTOS A. KATSAOUNIS    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
           Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor    CitiMortgage, Inc. mwaldt@milsteadlaw.com,
           bkecf@milsteadlaw.com
          MICHAEL ADAM COHEN    on behalf of Debtor Tonneh  Tokpah mcohen1@temple.edu
          THOMAS I. PULEO    on behalf of Creditor    MidFirst Bank tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 8
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

TONNEH TOKPAH                               Chapter 13

                  Debtor                Bankruptcy No. 14-14596-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ___3rd___ day of ___February___, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL A COHEN
2113 SNYDER AVE

PHILADELPHIA, PA 19145


Debtor:
TONNEH TOKPAH

5343 ARLINGTON ST

PHILADELPHIA, PA 19131-